FILED: WESTCHESTER COUNTY CLERK 06/29/2020 03:46 PM
NYSCEF DOC. NO. 224
INDEX NO. 51825/2020
RECEIVED NYSCEF: 06/29/2020

20-06489-rdd   Doc 18-3   Filed 02/16/21   Entered 02/16/21 21:16:20   Exhibit C:
6/29/20 Notice of Bankruptcy Filed On State Court Docket   Pg 1 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------------------ X
:
RICHARD STADTMAUER, *et ano.*,   :
:
Plaintiffs,   :   Index No. 51825/2020
:
- against -   :   Hon. Linda S.
:   Jamieson
MARK NORDLICHT, *et al.*   :
:   Courtroom 103
Defendants.   :
:
------------------------------------------------------------------------ X

**DEFENDANT MARK NORDLICHT'S SUGGESTION
OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on June 26, 2020, defendant Mark Nordlicht (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor's Chapter 7 case is pending before the Honorable Robert D. Drain, United States Bankruptcy Judge (the "Chapter 7 Case"). A copy of the voluntary petition of the Debtor is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362(a) of the Bankruptcy Code, the Debtor's filing of his voluntary petition gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 7 Case or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 7 Case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment

FILED: WESTCHESTER COUNTY CLERK 06/29/2020 03:46 PM
NYSCEF DOC. NO. 222

20-06489-rdd    Doc 18-3    Filed 02/16/21    Entered 02/16/21 21:16:20    Exhibit C:
6/29/20 Notice of Bankruptcy Filed On State Court Docket    Pg 2 of 2

INDEX NO. 51825/2020
RECEIVED NYSCEF: 06/29/2020

obtained prior to the commencement of the Chapter 7 Case, and (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate. Nothing herein shall constitute a waiver of the Debtor's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case. The Debtor expressly reserves all rights to contest any claims that may be asserted against him. No order has been entered in the Chapter 7 Case granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that pleadings filed in the Chapter 7 Case may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated: June 29, 2020
New York, New York

                    CURTIS, MALLET-PREVOST,
                      COLT & MOSLE LLP

By:   */s/ Gabriel Hertzberg*
       Gabriel Hertzberg
       Turner P. Smith
       Abigail B. Johnston
       101 Park Avenue
       New York, New York  10178
       Tel.: (212) 696-6000
       Fax: (212) 697-1559
       Email: ghertzberg@curtis.com
              tsmith@curtis.com
              ajohnston@curtis.com

*Attorneys for Defendant Mark Nordlicht*