| | | | | | |
|---|---|---|---|---|---|
| 206 | 06/25/2020 | EXHIBIT(S) | Transaction history for account at Webster Bank from January 1, 2020 to June 17, 2020. | 9 | NATHANIEL JACOB KRITZER |
| 207 | 06/25/2020 | EXHIBIT(S) | Image of Webster Bank official check to Dahlia Kalter, dated June 5, 2020. | 9 | NATHANIEL JACOB KRITZER |
| 208 | 06/25/2020 | EXHIBIT(S) | Image of check from Barbara Nordlicht to Dahlia Kalter, dated August 20, 2019. | 9 | NATHANIEL JACOB KRITZER |
| 209 | 06/25/2020 | EXHIBIT(S) | Residential loan application for 245 Trenor Drive, dated March 30, 2005. | 9 | NATHANIEL JACOB KRITZER |
| 210 | 06/25/2020 | EXHIBIT(S) | Option agreement between IMICO West End LLC and Mark Nordlicht, dated November 12, 2008. | 9 | NATHANIEL JACOB KRITZER |
| 211 | 06/25/2020 | EXHIBIT(S) | Assignment and assumption of agreement between Mark Nordlicht and 535 W.E.A. Group LLC, dated July 7, 2010. | 9 | NATHANIEL JACOB KRITZER |
| 212 | 06/25/2020 | EXHIBIT(S) | Email chain dated June 18, 2020. | 9 | NATHANIEL JACOB KRITZER |
| 213 | 06/25/2020 | EXHIBIT(S) | Bank records from First Central Savings Bank. | 9 | NATHANIEL JACOB KRITZER |
| 214 | 06/25/2020 | EXHIBIT(S) | Documents from the file for 16th Avenue Associates LLC at Metropolitan Commercial Bank. | 9 | NATHANIEL JACOB KRITZER |
| 215 | 06/25/2020 | EXHIBIT(S) | New account application for 16th Avenue Associates LLC at Metropolitan Commercial Bank, dated October 30, 2018. | 9 | NATHANIEL JACOB KRITZER |
| 216 | 06/25/2020 | EXHIBIT(S) | New York State Division of Corporations Entity Information for 16th Avenue Associates LLC. | 9 | NATHANIEL JACOB KRITZER |
| 217 | 06/25/2020 | EXHIBIT(S) | Documents from the file for 306 Malcolm X Blvd LLC at Metropolitan Commercial Bank. | 9 | NATHANIEL JACOB KRITZER |
| 218 | 06/25/2020 | EXHIBIT(S) | Documents from the file for 306A Malcolm X Blvd LLC at Metropolitan Commercial Bank. | 9 | NATHANIEL JACOB KRITZER |
| 219 | 06/25/2020 | EXHIBIT(S) | Documents from the file for 308 Malcolm X Blvd LLC at Metropolitan Commercial Bank. | 9 | NATHANIEL JACOB KRITZER |
| 220 | 06/25/2020 | EXHIBIT(S) | Sponsors Closing Statement for 535 West End Avenue Condominium, Unit No. 15, dated October 21, 2010. | 9 | NATHANIEL JACOB KRITZER |
| 221 | 06/26/2020 | NOTICE OF APPEAL/INFORMATIONAL STATEMENT/COPY OF ORDER/PROOF OF SERVICE | Notice of Appeal on behalf of Dahlia Kalter, et. al. | 2 | MICHAEL LEVINE |
| 222 | 06/26/2020 | NOTICE OF APPEAL/INFORMATIONAL STATEMENT/COPY OF ORDER/PROOF OF SERVICE | --none-- | 2 | GABRIEL HERTZBERG |
| 223 | 06/26/2020 | NOTICE OF APPEAL/INFORMATIONAL STATEMENT/COPY OF ORDER/PROOF OF SERVICE | --none-- | 3 | GABRIEL HERTZBERG |
| 224 | 06/29/2020 | NOTICE OF BANKRUPTCY (POST RJI) | --none-- | | GABRIEL HERTZBERG |
| 225 | 06/29/2020 | EXHIBIT(S) | Nordlicht Voluntary Bankruptcy Petition | | GABRIEL HERTZBERG |
| 226 | 07/01/2020 | DECISION + ORDER ON MOTION | --none-- | 4 | Joseph S Hadala court user |
| 227 | 07/01/2020 | DECISION + ORDER ON MOTION | --none-- | 5 | Joseph S Hadala court user |
| 228 | 07/01/2020 | DECISION + ORDER ON MOTION | --none-- | 6 | Joseph S Hadala court user |
| 229 | 07/29/2020 | NOTICE OF REMOVAL / REMAND (POST RJI) | Notice of Removal to Federal Court | | SARI E. KOLATCH |

Close