# Scott Krinsky

| | |
|---|---|
| **From:** | Kritzer, Nate <nkritzer@Steptoe.com> |
| **Sent:** | Monday, October 5, 2020 10:42 AM |
| **To:** | Scott Krinsky |
| **Cc:** | Mark Frankel; Abraham Backenroth; Reisner, Jeffrey; Meade, Jason; Mark Tulis; Salvatore LaMonica |
| **Subject:** | In re Nordlicht |
| **Attachments:** | Stipulation and Order re Adjournment.DOCX |

Scott,

As we read the docket as it stands, the general deadline to object to discharge is 12/7/20. However, since some creditors (notably the PPVA liquidator) have recently entered into individual stipulations providing for this deadline, we are asking, in an abundance of caution, that Mr. Nordlicht enter into the same stipulation with Richard and Marisa Stadtmauer so that the record is clear that the same deadline applies for them.

Please confirm your consent to file the attached stipulation with your signature.

Best,

Nate

**Nathaniel Kritzer**
Partner
nkritzer@Steptoe.com
+1 212 378 7535 direct | +1 347 479 7087 mobile | +1 212 506 3950 fax

Steptoe
Steptoe & Johnson LLP
1114 Avenue of the Americas | New York, NY 10036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

1