20-22782-rdd Doc 67 Filed 11/23/20 Entered 11/23/20 14:51:20 Main Document
Pg 1 of 2

2022-08-30dd Doc 718 Filed 08/20/21 Entered 08/20/21 16:10:20 Exhibit
Court Order dated 11/23/20 Denying Stadtmauers Extension Motion    Pg 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| MARK A. NORDLICHT, | Case No. 20-22782 (RDD) |
| Debtor. | |

**ORDER DENYING MOTION FOR EXTENSIONS OF TIME**

Upon the motion, dated October 5, 2020 [Dkt. No. 40] (the "Motion"), of Richard Stadtmauer and Marisa Stadtmauer (the "Stadtmauers") for an order extending the Stadtmauers' time (1) to file a motion to dismiss this case pursuant to 11 U.S.C. § 707(a)-(b), and/or (2), pursuant to Fed. R. Bankr. P. 4004(b), to object to the discharge of the debtor herein (the "Debtor") under 11 U.S.C § 727(a), and/or (3) pursuant to Fed. R. Bankr. P. 4007(c) to seek an exception to discharge under 11 U.S.C. § 523(c), and/or (4) pursuant to Fed. R. Bankr. P. 4003(b)(1), to object to the Debtor's claimed exemptions, by notice of presentment, dated October 23, 2020 [Dkt. No. 46]; and upon the Debtor's objection to the Motion, dated November 3, 2020 [Dkt No. 52], the Stadtmauers' notice of hearing, dated November 6, 2020 [Dkt No. 54] and reply, dated November 13, 2020 [Dkt No. 57], and the Debtor's supplemental objection, dated November 15, 2020 [Dkt No. 58]; and upon the record of the hearing held by the Court on the Motion on November 16, 2020 (the "Hearing"); and, after due deliberation and for the reasons stated by the Court in its bench ruling at the conclusion of the Hearing, the Court determined that the Stadtmauers have not sustained their burden of proof to show cause with respect to the requested extensions under Fed. R. Bankr. P. 4004(b) and 4007(c) and that the Motion's requests for the other extensions of time are moot or premature and, therefore, that Motion should be denied as set forth herein; and it appearing that no other or further notice or hearing is necessary, it is hereby

1

ORDERED that the Motion's request for an extension of time to file a motion to dismiss this case pursuant to 11 U.S.C. § 707(a)-(b), is denied as moot; and it is further

ORDERED that the Motion's request for an extension of time pursuant to Fed. R. Bankr. P. 4004(b) to object to the Debtor's discharge under 11 U.S.C. § 727(a) is denied with prejudice; and it is further

ORDERED that the Motion's request for an extension of time pursuant to Fed. R. Bankr. P. 4007(c) to object to the dischargeability of a debt or to seek an exception to the discharge of a debt under 11 U.S.C. § 523(c), is denied with prejudice; and it is further

ORDERED that the Motion's request for an extension of time pursuant to Fed. R. Bankr. P. 4003(b)(1) to object to the Debtor's claimed exemptions is denied as premature.

Dated: White Plains, New York
       November 23, 2020

                                               */s/Robert D. Drain*
                                               UNITED STATES BANKRUPTCY JUDGE