# Scott Krinsky

| | |
|---|---|
| **From:** | Meade, Jason <jmeade@Steptoe.com> |
| **Sent:** | Monday, November 2, 2020 12:17 AM |
| **To:** | SL@lhmlawfirm.com; Richard.Morrissey@usdoj.gov; mtulis.trustee@gmail.com; Abraham Backenroth; Scott Krinsky |
| **Cc:** | Michael Levine; Kritzer, Nate |
| **Subject:** | In re Nordlicht |
| **Attachments:** | 2020.6-c2-c2.pdf; 2020.7-c2-c2.pdf; 2020.8-c2-c2.pdf; 2020.9-c2-c2.pdf |

Counsel,

Attached are courtesy copies of documents that have been produced by Metropolitan Commercial Bank pursuant to our subpoena.

Best regards,
Jason

**Jason E. Meade**
Associate
jmeade@Steptoe.com

# Steptoe

+1 212 506 3903 direct    Steptoe & Johnson LLP
+1 402 326 8770 mobile    1114 Avenue of the Americas
+1 212 506 3950 fax    New York, NY 10036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

1